## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA (DURHAM)

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-80296 |
| | § | |
| **David Stewart Pierce and** | § | |
| **Nancy Ahlgren Pierce** | § | |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | **CHAPTER 13** |

### NATIONWIDE ACCEPTANCE'S
### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Nationwide Acceptance ("Nationwide"), and files this Objection to Confirmation of Debtors' Proposed Chapter 13 Plan, and in support thereof would show the Court the following:

1.     Nationwide filed two secured Proofs of Claim in this proceeding. One is in the amount of $2,685.84. The other is for $2,622.83. Copies of the Proofs of Claim are attached as **Exhibits "A" and "B"**.

2.     The claims are based on two Retail Installment Contracts ("the Contracts") dated October 20, 2007 and November 29, 2007  executed by Debtors David Stewart Pierce and Nancy Ahlgren Pierce for the purchase of carpet which was installed and is permanently affixed to the Debtors' residence located at 3503 Shady Creek Drive, Durham, NC 27713.

3.     The monthly payment on the October 20, 2007 contract is $103.93.  The interest rate on the contract is 18% per annum.  A copy of the Contract is attached as **Exhibit "C"**.  This Contract is secured by a UCC Financing Statement recorded with the

Durham County Clerk on November 12, 2007 as Document Number 2007050831. A copy of the UCC Financing Statement is attached as **Exhibit "D"**.

4.      The monthly payment on the November, 29, 2007 contract is $81.08. The interest rate on the contract is 18% per annum. A copy of the Contract is attached as **Exhibit "E"**. This Contract is secured by a UCC Financing Statement recorded with the Durham County Clerk on January 14, 2008 as Document Number 2008001583. A copy of the UCC Financing Statement is attached as **Exhibit "F"**.

5.      Nationwide objects to confirmation of the Debtors' Proposed Chapter 13 Plan to the extent that it does not list either of Nationwide's claims.

6.      The plan does not show Nationwide's Secured portion of the claim for the October 20, 2007 contract in the amount of $2,685.84 with monthly payments in the amount of $103.93 at 18 % interest or the secured portion of the November 29, 2007 contract in the amount of $2,622.83 with monthly payments of $81.08 at 18% interest.

WHEREFORE, Creditor Nationwide Acceptance prays that the Debtors' Proposed Chapter 13 Plan not be confirmed unless it is modified to satisfy this objection and any other relief the court deems just and proper.

Respectfully submitted,

*Chuck Owens*

Chuck Owens, President/CEO
NATIONWIDE ACCEPTANCE
105 Decker Ct., Suite 725
Irving, TX 75062
(214) 492-4011 – Phone
(214) 492-4094 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served on the 9th day of May, 2011. Service was accomplished by the method and to the following as indicated:

BE ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

Debtor:
David Stewart Pierce
Nancy Ahlgren Pierce
3503 Shady Creek Drive
Durham, NC 27713

Debtor's Attorney:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Trustee:
Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

Chuck Owens, President/CEO

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: DAVID PIERCE   NANCY PIERCE | Case Number: 11-80296 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): NATIONWIDE ACCEPTANCE

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
NATIONWIDE ACCEPTANCE
105 DECKER CT, STE 725
IRVING, TX 75062

Telephone number:
214-492-4010

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 2685.84

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** GOODS SOLD
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0803

3a. Debtor may have scheduled account as: F4405O0803
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: HOME IMPROVEMENT - CARPET

Value of Property: $ 2685.84  Annual Interest Rate 18 %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ 1350.81  Basis for perfection: UCC1

Amount of Secured Claim: $ 2685.84  Amount Unsecured: $ -0-

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$ -0-

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

| Date: 5/6/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Charles T. Owens*  CHARLES T. OWENS, PRES |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT A**

DAVID S PIERCE
3503 SHADY CREEK DR

DURHAM                    NC 27713-0000              SPOUSE NANCY PIERCE

OPENING BALANCE  4,988.64  INTEREST CHARGE  1,450.64 #-PAYMENTS 48
PURCHASE DATE10/31/07                              AMOUNT    103.93

| TRAN# | DATE | MODE | TRAN AMT | DUE | BALANCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 12/07/07 | 116 | 104.00- | 7- | 4,884.64 | PAYMENT BY CREDIT CARD |
| 2 | 1/16/08 | 116 | 104.00- | 14- | 4,780.64 | PAYMENT BY CREDIT CARD |
| 3 | 2/18/08 | 255 | 5.20 | 103.79 | 4,785.84 | LATE FEE |
| 4 | 2/29/08 | 118 | 103.93- | 14- | 4,681.91 | PAYMENT BY PHONE PAY |
| 5 | 3/17/08 | 255 | 5.20 | 103.79 | 4,687.11 | LATE FEE |
| 6 | 4/16/08 | 255 | 5.20 | 207.72 | 4,692.31 | LATE FEE |
| 7 | 5/16/08 | 255 | 5.20 | 311.65 | 4,697.51 | LATE FEE |
| 8 | 6/06/08 | 118 | 104.00- | 311.58 | 4,593.51 | PAYMENT BY PHONE PAY |
| 9 | 6/16/08 | 255 | 5.20 | 311.58 | 4,598.71 | LATE FEE |
| 10 | 7/16/08 | 255 | 5.20 | 415.51 | 4,603.91 | LATE FEE |
| 11 | 7/31/08 | 118 | 103.93- | 311.58 | 4,499.98 | PAYMENT BY PHONE PAY |
| 12 | 8/18/08 | 118 | 104.00- | 311.51 | 4,395.98 | PAYMENT BY PHONE PAY |
| 13 | 8/18/08 | 255 | 5.20 | 311.51 | 4,401.18 | LATE FEE |
| 14 | 9/16/08 | 255 | 5.20 | 415.44 | 4,406.38 | LATE FEE |
| 15 | 9/30/08 | 118 | 103.93- | 311.51 | 4,302.45 | PAYMENT BY PHONE PAY |
| 16 | 10/16/08 | 255 | 5.20 | 415.44 | 4,307.65 | LATE FEE |
| 17 | 10/24/08 | 118 | 103.93- | 311.51 | 4,203.72 | PAYMENT BY PHONE PAY |
| 18 | 11/17/08 | 255 | 5.20 | 415.44 | 4,208.92 | LATE FEE |
| 19 | 11/24/08 | 118 | 103.93- | 311.51 | 4,104.99 | PAYMENT BY PHONE PAY |
| 20 | 12/16/08 | 255 | 5.20 | 415.44 | 4,110.19 | LATE FEE |
| 21 | 12/24/08 | 118 | 103.93- | 311.51 | 4,006.26 | PAYMENT BY PHONE PAY |
| 22 | 1/16/08 | 255 | 5.20 | 415.44 | 4,011.46 | LATE FEE |
| 23 | 1/26/09 | 118 | 103.93- | 103.93- | 3,907.53 | PAYMENT BY PHONE PAY |
| 24 | 2/24/09 | 118 | 103.93- | 104.21- | 3,803.60 | PAYMENT BY PHONE PAY |
| 25 | 4/16/09 | 255 | 5.20 | 103.65 | 3,808.80 | LATE FEE |
| 26 | 4/24/09 | 118 | 103.93- | 28- | 3,704.87 | PAYMENT BY PHONE PAY |
| 27 | 5/18/09 | 255 | 5.20 | 103.65 | 3,710.07 | LATE FEE |
| 28 | 5/26/09 | 118 | 103.93- | 28- | 3,606.14 | PAYMENT BY PHONE PAY |
| 29 | 6/16/09 | 255 | 5.20 | 103.65 | 3,611.34 | LATE FEE |
| 30 | 6/24/09 | 118 | 103.93- | 28- | 3,507.41 | PAYMENT BY PHONE PAY |
| 31 | 7/16/09 | 255 | 5.20 | 103.65 | 3,512.61 | LATE FEE |
| 32 | 7/24/09 | 118 | 103.93- | 28- | 3,408.68 | PAYMENT BY PHONE PAY |
| 33 | 8/17/09 | 255 | 5.20 | 103.65 | 3,413.88 | LATE FEE |
| 34 | 8/31/09 | 118 | 103.93- | 28- | 3,309.95 | PAYMENT BY PHONE PAY |
| 35 | 9/16/09 | 255 | 5.20 | 103.65 | 3,315.15 | LATE FEE |
| 36 | 10/12/09 | 118 | 103.93- | 103.65 | 3,211.22 | PAYMENT BY PHONE PAY |
| 37 | 10/16/09 | 255 | 5.20 | 103.65 | 3,216.42 | LATE FEE |
| 38 | 11/16/09 | 255 | 5.20 | 207.58 | 3,221.62 | LATE FEE |
| 39 | 11/25/09 | 118 | 103.93- | 103.65 | 3,117.69 | PAYMENT BY PHONE PAY |
| 40 | 12/16/09 | 255 | 5.20 | 207.58 | 3,122.89 | LATE FEE |
| 41 | 12/28/09 | 118 | 103.93- | 103.65 | 3,018.96 | PAYMENT BY PHONE PAY |
| 42 | 1/18/10 | 255 | 5.20 | 207.58 | 3,024.16 | LATE FEE |
| 43 | 1/25/10 | 118 | 103.93- | 103.65 | 2,920.23 | PAYMENT BY PHONE PAY |
| 44 | 2/16/10 | 255 | 5.20 | 207.58 | 2,925.43 | LATE FEE |
| 45 | 3/15/10 | 118 | 103.93- | 207.58 | 2,821.50 | PAYMENT BY PHONE PAY |

| TRAN# | DATE | MODE | TRAN AMT | DUE | BALANCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 46 | 3/16/10 | 255 | 5.20 | 207.58 | 2,826.70 | LATE FEE |
| 47 | 4/16/10 | 255 | 5.20 | 311.51 | 2,831.90 | LATE FEE |
| 48 | 4/26/10 | 118 | 103.93- | 207.58 | 2,727.97 | PAYMENT BY PHONE PAY |
| 49 | 5/17/10 | 255 | 5.20 | 311.51 | 2,733.17 | LATE FEE |
| 50 | 6/16/10 | 255 | 5.20 | 415.44 | 2,738.37 | LATE FEE |
| 51 | 7/16/10 | 255 | 5.20 | 519.37 | 2,743.57 | LATE FEE |
| 52 | 8/16/10 | 255 | 5.20 | 623.30 | 2,748.77 | LATE FEE |
| 53 | 9/16/10 | 255 | 5.20 | 727.23 | 2,753.97 | LATE FEE |
| 54 | 10/18/10 | 255 | 5.20 | 831.16 | 2,759.17 | LATE FEE |
| 55 | 11/16/10 | 255 | 5.20 | 935.09 | 2,764.37 | LATE FEE |
| 56 | 11/30/10 | 118 | 103.93- | 831.16 | 2,660.44 | PAYMENT BY PHONE PAY |
| 57 | 12/16/10 | 255 | 5.20 | 935.09 | 2,665.64 | LATE FEE |
| 58 | 1/17/11 | 255 | 5.20 | 1,039.02 | 2,670.84 | LATE FEE |
| 59 | 2/16/11 | 255 | 5.00 | 1,142.95 | 2,675.84 | LATE FEE |
| 60 | 3/16/11 | 255 | 5.00 | 1,246.88 | 2,680.84 | LATE FEE |
| 61 | 4/18/11 | 255 | 5.00 | 1,350.81 | 2,685.84 | LATE FEE |

** END OF PRINT **

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor:
DAVID PIERCE NANCY PIERCE

Case Number: 11-80296

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
NATIONWIDE ACCEPTANCE

Name and address where notices should be sent:
NATIONWIDE ACCEPTANCE
105 DECKER CT. , STE 725
IRVING, TX 75062

Telephone number:
214-492-4010

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 2622.83

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** GOODS SOLD
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0939

3a. Debtor may have scheduled account as: F440500939
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: HOME IMPROVEMENT - CARPET

Value of Property: $ 2622.83 Annual Interest Rate 18 %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ 486.48 Basis for perfection: UCC1

Amount of Secured Claim: $ 2622.83 Amount Unsecured: $ 0

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ 0

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date 5/6/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Charles T. Owens*  CHARLES T OWENS, PRES | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**EXHIBIT B**

DAVID S PIERCE
3503 SHADY CREEK DR

DURHAM                  NC 27713-0000              SPOUSE NANCY PIERCE

OPENING BALANCE  4,864.80   INTEREST CHARGE  1,671.80 #-PAYMENTS 60
PURCHASE DATE12/12/07                            AMOUNT      81.08

| TRAN# | DATE | MODE | TRAN AMT | DUE | BALANCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 2/07/08 | 255 | 4.05 | 81.08 | 4,868.85 | LATE FEE |
| 2 | 2/19/08 | 118 | 81.08- | | 4,787.77 | PAYMENT BY PHONE PAY |
| 3 | 3/07/08 | 255 | 4.05 | 81.08 | 4,791.82 | LATE FEE |
| 4 | 4/07/08 | 255 | 4.05 | 162.16 | 4,795.87 | LATE FEE |
| 5 | 5/07/08 | 255 | 4.05 | 243.24 | 4,799.92 | LATE FEE |
| 6 | 6/06/08 | 118 | 85.00- | 239.32 | 4,714.92 | PAYMENT BY PHONE PAY |
| 7 | 6/09/08 | 255 | 4.05 | 239.32 | 4,718.97 | LATE FEE |
| 8 | 7/07/08 | 255 | 4.05 | 320.40 | 4,723.02 | LATE FEE |
| 9 | 7/31/08 | 118 | 81.08- | 320.40 | 4,641.94 | PAYMENT BY PHONE PAY |
| 10 | 8/07/08 | 255 | 4.05 | 320.40 | 4,645.99 | LATE FEE |
| 11 | 8/18/08 | 118 | 82.00- | 238.40 | 4,563.99 | PAYMENT BY PHONE PAY |
| 12 | 9/08/08 | 255 | 4.05 | 319.48 | 4,568.04 | LATE FEE |
| 13 | 9/30/08 | 118 | 81.08- | 319.48 | 4,486.96 | PAYMENT BY PHONE PAY |
| 14 | 10/07/08 | 255 | 4.05 | 319.48 | 4,491.01 | LATE FEE |
| 15 | 10/24/08 | 118 | 81.08- | 319.48 | 4,409.93 | PAYMENT BY PHONE PAY |
| 16 | 11/07/08 | 255 | 4.05 | 319.48 | 4,413.98 | LATE FEE |
| 17 | 11/24/08 | 118 | 81.08- | 319.48 | 4,332.90 | PAYMENT BY PHONE PAY |
| 18 | 12/08/08 | 255 | 4.05 | 319.48 | 4,336.95 | LATE FEE |
| 19 | 12/24/08 | 118 | 81.08- | 319.48 | 4,255.87 | PAYMENT BY PHONE PAY |
| 20 | 1/07/09 | 255 | 4.05 | 319.48 | 4,259.92 | LATE FEE |
| 21 | 1/26/09 | 118 | 81.08- | 4.84- | 4,178.84 | PAYMENT BY PHONE PAY |
| 22 | 2/24/09 | 118 | 81.08- | 4.84- | 4,097.76 | PAYMENT BY PHONE PAY |
| 23 | 3/31/09 | 118 | 81.08- | 4.84- | 4,016.68 | PAYMENT BY PHONE PAY |
| 24 | 4/24/09 | 118 | 81.08- | 4.84- | 3,935.60 | PAYMENT BY PHONE PAY |
| 25 | 5/26/09 | 118 | 81.08- | 4.84- | 3,854.52 | PAYMENT BY PHONE PAY |
| 26 | 6/24/09 | 118 | 81.08- | 4.84- | 3,773.44 | PAYMENT BY PHONE PAY |
| 27 | 7/24/09 | 118 | 81.08- | 4.84- | 3,692.36 | PAYMENT BY PHONE PAY |
| 28 | 8/31/09 | 118 | 81.08- | 4.84- | 3,611.28 | PAYMENT BY PHONE PAY |
| 29 | 10/07/09 | 255 | 4.05 | 76.24 | 3,615.33 | LATE FEE |
| 30 | 10/12/09 | 118 | 81.08- | 4.84- | 3,534.25 | PAYMENT BY PHONE PAY |
| 31 | 10/31/09 | 118 | 76.24- | | 3,458.01 | PAYMENT BY PHONE PAY |
| 32 | 11/24/09 | 118 | 81.08- | | 3,376.93 | PAYMENT BY PHONE PAY |
| 33 | 12/24/09 | 118 | 81.08- | | 3,295.85 | PAYMENT BY PHONE PAY |
| 34 | 1/25/10 | 118 | 81.08- | | 3,214.77 | PAYMENT BY PHONE PAY |
| 35 | 3/08/10 | 255 | 4.05 | 81.08 | 3,218.82 | LATE FEE |
| 36 | 3/15/10 | 118 | 81.08- | | 3,137.74 | PAYMENT BY PHONE PAY |
| 37 | 4/07/10 | 255 | 4.05 | 81.08 | 3,141.79 | LATE FEE |
| 38 | 4/26/10 | 118 | 81.08- | 81.08 | 3,060.71 | PAYMENT BY PHONE PAY |
| 39 | 5/07/10 | 255 | 4.05 | 81.08 | 3,064.76 | LATE FEE |
| 40 | 5/24/10 | 118 | 81.08- | 81.08 | 2,983.68 | PAYMENT BY PHONE PAY |
| 41 | 6/07/10 | 255 | 4.05 | 81.08 | 2,987.73 | LATE FEE |
| 42 | 6/24/10 | 118 | 81.08- | 81.08 | 2,906.65 | PAYMENT BY PHONE PAY |
| 43 | 7/07/10 | 255 | 4.05 | 81.08 | 2,910.70 | LATE FEE |
| 44 | 7/26/10 | 118 | 81.08- | 81.08 | 2,829.62 | PAYMENT BY PHONE PAY |
| 45 | 8/09/10 | 255 | 4.05 | 81.08 | 2,833.67 | LATE FEE |

| TRAN# | DATE | MODE | TRAN AMT | DUE | BALANCE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 46 | 8/24/10 | 118 | 81.08- | 81.08 | 2,752.59 | PAYMENT BY PHONE PAY |
| 47 | 9/07/10 | 255 | 4.05 | 81.08 | 2,756.64 | LATE FEE |
| 48 | 9/24/10 | 118 | 81.08- | 81.08 | 2,675.56 | PAYMENT BY PHONE PAY |
| 49 | 10/07/10 | 255 | 4.05 | 81.08 | 2,679.61 | LATE FEE |
| 50 | 11/08/10 | 255 | 4.05 | 162.16 | 2,683.66 | LATE FEE |
| 51 | 12/07/10 | 255 | 4.05 | 243.24 | 2,687.71 | LATE FEE |
| 52 | 12/16/10 | 118 | 81.08- | 162.16 | 2,606.63 | PAYMENT BY PHONE PAY |
| 53 | 1/07/11 | 255 | 4.05 | 243.24 | 2,610.68 | LATE FEE |
| 54 | 2/07/11 | 255 | 4.05 | 324.32 | 2,614.73 | LATE FEE |
| 55 | 3/07/11 | 255 | 4.05 | 405.40 | 2,618.78 | LATE FEE |
| 56 | 4/07/11 | 255 | 4.05 | 486.48 | 2,622.83 | LATE FEE |

** END OF PRINT **

# RETAIL INSTALLMENT CONTRACT

| SELLER | | BUYER | |
|---|---|---|---|
| NAME BUSINESS | Empire Today, LLC | DLR.NO. F4405 | NAME | David Pierce |
| ADDRESS | 4300 Emperor Blvd. Suite 400 | | NAME | Nancy Pierce |
| CITY Durham | STATE NC | ZIP 27703 | MAILING ADDRESS | 3503 Shady Creek Drive |
| SALESPERSON Denitt Propes | | | CITY Durham | |
| DATE OF CONTRACT 10.20.07 | DATE OF DELIVERY | | STATE NC | ZIP 27713 ____ |
| SELLER'S PHONE 919.612.5642 | | | | |

In this Contract, the words "you" and "your" mean the Seller. The words "I," "we," "my," "our," "me" and "mine" mean each and all Buyers except in the Notice to Buyers above Buyers' signatures where the word "you" means Buyer.

**THE PROPERTY** — **ORIGINAL CONTRACT**

Carpet - YT10853 , Carpet - YT10854

RECEIVED DATE
OCT 31 2007

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

My payment schedule will be: 30 DAYS AFTER COMPLETION

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | $105.93 | Monthly beginning |

Due dates: 1st through 20th.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. | The total cost of my purchase on credit, including my downpayment of |
| 18.00 % | $1450.64 | $3538.00 | $4988.64 | $ 0 | $ 4988.64 |

Late Charge: If a payment is late by 10 days or more I will be charged an amount which is 5% of the payment or $5.00, whichever is less.

7440500803

Prepayment: If I pay off early, I will not have to pay a penalty and I may be entitled to a refund of part of the finance charge.

I will see my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

## Itemization of the Amount Financed

Less Downpayment

| | | | | |
|---|---|---|---|---|
| 1. Cash Price $ | 3538.00 | 1. Cash $ | 0 | |
| 2. Shipping Charges $ | 0 | 2. Trade-in $ | 0 | |
| 3. Sales Tax $ | 0 | 3. Total Downpayment $ | 0 | (1 + 2) |
| 4. Total Cash Price $ | 3538.00 | (1 + 2) | | |

(1 + 2 + 3)

AMOUNT FINANCED $ 3538.00
(Total cash price [less] total downpayment)

ASSIGNEE: Name NATIONWIDE ACCEPTANCE
Address 105 DECKER CT., SUITE 725
IRVING, TEXAS 75062

☑ If checked and signed below by Seller, this contract contains a "Limited Same-as-Cash" Option. If you pay the Amount Financed on or before the third due date, you will avoid all finance charges. You must pay no less than your monthly payment when the first and second payments become due. If the Contract is not prepaid in full by the third due date, the "Limited Same-as-Cash" period is not interest free.

Seller: EMPIRE TODAY, LLC

**RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT**

SECURITY: I am giving you and your assigns a purchase money security interest in the goods I am purchasing.

This instrument is a Retail Installment Contract and Security Agreement ("this contract") have been first lien position to interest as given in the Federal Truth-in-Lending to Capitol One

This Contract is assignable by you. If the name and address for an Assignee is completed above, I understand that this Contract may be assigned to such Assignee and I agree to make all payments at the address of the Assignee above after I receive notice this Contract has been assigned to such Assignee. I agree to make payments to this or any other designated Assignee at any address specified in any written notice that I receive telling me this Contract has been assigned.

### NOTICE TO THE BUYER

DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS MAY OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE. IF YOU PREPAY THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS, IT SHALL NOT BE LEGAL FOR THE SELLER TO ENTER YOUR PREMISES UNLAWFULLY OR COMMIT ANY BREACH OF THE PEACE TO REPOSSESS GOODS PURCHASED UNDER THIS AGREEMENT.

I/We agree to the terms of this Retail Installment Contract, Disclosure Statement, and Security Agreement ("the Contract") which cover the Collateral described in this Contract.
The terms and conditions of this contract are subject to credit approval.

I/WE HAVE RECEIVED A COMPLETED COPY OF THIS CONTRACT AND HAVE READ ALL THE DISCLOSURE INFORMATION INCLUDING THOSE ON THE REVERSE SIDE.

I/WE ACKNOWLEDGE THE EXISTENCE OF THE ARBITRATION AGREEMENT SET FORTH ON THE REVERSE SIDE, AND I/WE SPECIFICALLY AGREE TO BE BOUND BY ITS TERMS.

BUYER _David Pierce_

BUYER _Nancy Pierce_

SELLER BY _Myra McClain-Spanow_

ASSIGNMENT: I assign to Assignee named above the choice between a cash price if I have checked the box for the property described above or a higher Total Sale Price if I have selected the Total Sale Price. I have chosen to buy the property from you on credit and I promise to pay the Total of Payments to you or your order at the address shown above in the payments shown in the payment schedule set out in the Federal Truth-In-Lending disclosure box. Payments are due on the same day each month.

PREPAYMENT: I may prepay this Contract in full at any time without penalty and may, under certain conditions, obtain a partial refund of the finance charge. You will do this if the refund is in excess of one dollar. If I partially prepay this Contract, any unearned amounts of the finance charge may be retained by you.

DELINQUENCY CHARGES: If I do not pay any installment in full within 10 days after the scheduled due date, I will pay you a delinquency charge, not exceeding five percent of any such installment or $5.00, whichever is less.

ACCELERATION OF PAYMENT: You may accelerate payment or performance of this Contract without prior written notice to me if: (a) I am in default on the performance of any of my obligations under this Contract or (b) you in good faith believe that the prospect of payment or performance is impaired. If you do so, you will calculate the unearned portion of the finance charge on the date you accelerate the loan and decrease my balance by it. If it is paid in full on that date and you will give me necessary credits so that in no event shall the amount of finance charge contracted for, charged or collected under this Contract exceed the maximum finance charge permitted by law.

RIGHTS AFTER DEFAULT: After you accelerate the maturity of the contract or after the final scheduled maturity date, whichever occurs first, I agree to pay interest from that date calculated upon the amount legally owed by me at an annual rate of interest which is the highest rate allowed by law. In any contingency whatsoever, if you shall receive anything of value deemed interest under applicable law which would exceed the maximum amount of interest permissible under applicable law, the excessive interest shall be applied to the reduction of the unpaid amount of contract or refunded to me.

ARIZONA BUYERS: This instrument is based upon a home solicitation sale, which is subject to the provisions of Title 44, Chapter 16. This instrument is not negotiable.

NOTICE: Any holder of this consumer credit Contract is subject to all claims and defenses which the Debtor could assert against the Seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the Debtor shall not exceed amounts paid by the Debtor hereunder.

BUYERS RIGHT TO CANCEL: You, the Buyer, may cancel this transaction at any time prior to midnight of the third business day (fifth day in Alaska) after the date of this transaction. See the attached Notice of Cancellation Form for an explanation of this right.

Rev (09/07)

**EXHIBIT C**

Case 11-80296 Doc 30 Filed 05/10/11 Page 10 of 22

## ADDITIONAL TERMS AND CONDITIONS

**ATTORNEY FEES AND COURT COSTS:** If this contract is referred to an attorney for collection, I agree to pay the amounts actually incurred by you as court costs (not applicable to Ohio residents, or where otherwise prohibited by law) and attorney's fees (not applicable to Ohio and California residents, or where otherwise prohibited by law) assessed by a court.

**NSF CHECKS:** If you pay any sums to NA with a check which is returned to us for insufficient funds in the account upon which the check is drawn, a $15 charge will be made to your account.

**CREDIT REPORTING:** Each month information concerning your account will be furnished to major consumer credit reporting agencies. This information may include your loan amount, balance, and payment history including late payments, charge offs and bankruptcies.

**REFUND/EXCHANGE POLICY:** Except as provided herein with regard to BUYER'S RIGHT TO CANCEL, all sales are final and are not subject to refund or exchange.

**ILLINOIS RESIDENTS** may contact the Illinois Commissioner of Banks and Trust Companies for comparative information on finance charges, fees and grace periods, State of Illinois-CIP, P.O. Box 10181, Springfield, Illinois, 62791, 1-800-634-6452.

**OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**TEXAS BUYERS:** To contact Nationwide Acceptance about this account call 877-902-9521. If this contract is not assigned to Nationwide Acceptance the seller can be contacted as shown in the top left Seller section of this contract. This Contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar, Austin, Texas 78705-4207. Telephone 512-479-1285 or 800-538-1579, Contact the commissioner relative to any inquiries or complaints. Under Texas Law this contract is governed by Article 5069 - 6.03 V.T.C.S.

**WISCONSIN RESIDENTS:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order, or statement, or has actual knowledge of the adverse provision.

**CREDIT WORTHINESS:** The terms and conditions of this contract are subject to credit approval.

**CREDIT INVESTIGATION:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of your application. Buyer may request the name and address of the agency, which furnished the consumer report, if any and may receive a copy by contacting the agency. Buyer hereby authorizes Seller or its assignee to sell or otherwise furnish information concerning Buyer and his account to all others who may lawfully receive such information for their own use.

> **SECURITY INTERESTS:** Seller and/or its assignees retain and shall have a purchase money security interest in the property described on the reverse side hereof and all accessions under the Uniform Commercial Code and all proceeds of the collateral including insurance proceeds until the Total of payments and all other amounts due from Buyer are paid in full. Buyer also authorizes Seller and/or its assignees to file UCC Financing Statements with the appropriate agency if the property described on the reverse side is attached to any real property.

### The following ASSIGNMENT is not part of this Retail Installment Contract.

**THIS CONTRACT IS ASSIGNED TO NATIONWIDE ACCEPTANCE**

## ASSIGNMENT

Dated **10-20-07**

For value received, SELLER hereby sells, assigns, and transfers to NATIONWIDE ACCEPTANCE 3701 GREENVIEW DRIVE its successors and assigns, herein referred to as ASSIGNEE, all of SELLER'S right, title and interest in and to the foregoing RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT, hereinafter referred to as CONTRACT and all monies to become due thereunder, with full power to take all legal or other action in the name of the SELLER with respect thereto.

SELLER represents and warrants to ASSIGNEE that his title to the CONTRACT is absolute; that said CONTRACT is genuine, complete and enforceable in all respects and has not been altered, and that all statements and facts contained therein are true; that the signatures thereon are genuine; that the parties to said CONTRACT have the capacity to contract; that said instrument and the transaction to which it relates were made in full compliance with all applicable federal, state and local laws or regulations; that no party to the CONTRACT has, at the date of assignment, any right to rescind under any applicable federal, state or local law; that no warranties, express or implied, have been made to BUYER as a part of or as an inducement to sign the CONTRACT, except for any written warranty attached hereto; that said CONTRACT was not obtained by and does not involve any fraud or misrepresentations; that the goods sold under said CONTRACT are truthfully described therein; that the terms of said CONTRACT constitute the entirety of the agreement with respect to such sale, there being no special or side agreements for rebate, extension of payment, or other concessions affecting such BUYER'S obligations; that the goods were delivered in accordance with the CONTRACT and to the satisfaction of BUYER; that there is owing on the CONTRACT the Total of Payment set forth therein, and that SELLER has no knowledge of any facts impairing the validity or value of the CONTRACT; that said BUYER does not dispute his obligation to pay the unpaid balance due in accordance with the terms and provisions of said CONTRACT; and that BUYER does not assert any claim under or defense to said CONTRACT.

Upon the breach of any of said representations or warranties, SELLER agrees, upon demand, to purchase this CONTRACT for the amount owing thereon, plus all costs and expenses paid or incurred by ASSIGNEE with respect thereto, including reasonable attorney's fees and any refunds, damages or other amounts paid to BUYER , and said remedy shall be cumulative and shall not affect any other right or remedy that ASSIGNEE may have against SELLER.

*EMPIRE TODAY, LLC*
_____
SELLER

## ARBITRATION AGREEMENT

**The parties agree as follows:**

(1) **RIGHT TO ELECT TO ARBITRATE:** Any party covered by this Agreement may elect to have any claim, dispute or controversy ("Claim") of any kind (whether in contract, tort or otherwise) arising out of or relating to your Retail Installment Contract, or any course of future dealings between us, resolved by binding arbitration. A Claim may include, but shall not be limited to, the issue of whether any particular Claim must be submitted to arbitration, or the facts and circumstances involved with your signing of this Agreement, or your willingness to abide by the terms of this Agreement or the validity of this Agreement. Any such election may be made at any time. Both parties agree that neither party has to initiate an arbitration proceeding before exercising remedies of self-help repossession, non-judicial foreclosure, replevin or other similar remedies. The filing of a lawsuit or the pursuit of other self-help remedies does not mean that either party has waived the right to subsequently elect to submit a Claim to arbitration.

(2) **RULES:** If arbitration is elected, it will be conducted pursuant to the Commercial Arbitration Rules of the American Arbitration Association ("Rules"). If you have any questions concerning the American Arbitration Association, or if you wish to obtain a copy of their Rules and forms, you may call (800) 778-7879. Any hearing will take place in the county of your residence. The arbitrator shall be neutral and either party may require that the arbitrator be a retired federal judge. The arbitrator shall apply all applicable law and shall provide a written decision that includes findings of fact and conclusions of law. Judgment upon the award issued by the arbitrator may be entered in any court having jurisdiction.

(3) **UNITED STATES ARBITRATION ACT:** The parties agree the Retail Installment Contract involves "commerce" as defined in the United States Arbitration Act ("USAA"), Title 9, United States Code, and this Agreement shall be governed by the provisions of the USAA.

(4) **FEES & COSTS:** If you start an arbitration proceeding, you agree to pay the initial filing fee required under the Rules up to a maximum of $125. The AAA may, in the event of extreme hardship on the part of any party, defer or reduce the administrative fees. We agree to pay for any part of the filing fee and any deposit required under the Rules in excess of $125. We also agree to pay the costs of the arbitration proceeding. If we start an arbitration proceeding, we will pay the filing fee, any deposit required under the Rules, and the costs of the arbitration proceeding. Each party shall be responsible for their own attorney, witness, and expert fees and costs unless the Retail Installment Contract (or applicable law) provides otherwise.

(5) **LIMITATIONS OF RIGHTS IF ARBITRATION IS ELECTED BY EITHER PARTY UNDER THIS AGREEMENT: (A) YOU WILL NOT HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL; (B) YOU WILL NOT HAVE THE RIGHT TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE RULES; (C) YOU WILL NOT HAVE THE RIGHT TO HAVE ANY CLAIM ARBITRATED AS A CLASS ACTION UNDER THE RULES OR UNDER ANY OTHER RULES OF CIVIL PROCEDURE; (D) THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING WITH LIMITED RIGHTS OF APPEAL; (E) THIS AGREEMENT SUPERSEDES ANY PRIOR ALTERNATIVE DISPUTE RESOLUTION AND / OR ARBITRATION AGREEMENT THAT MAY EXIST BETWEEN YOU AND US; (F) IF ANY PROVISION OF THIS AGREEMENT IS HELD TO BE INVALID, THE INVALID PROVISION SHALL NOT AFFECT THE ENFORCEMENT OF ANY OTHER PROVISION OF THIS AGREEMENT.**

**READ THIS ARBITRATION AGREEMENT CAREFULLY. IT LIMITS CERTAIN RIGHTS, INCLUDING YOUR RIGHT TO PURSUE A CLAIM IN COURT AND YOUR RIGHT TO HAVE A JURY TRIAL.**

**NOTICE OF CANCELLATION**

DATE: _10. 20. 07_
(Date of Transaction)

You may CANCEL this transaction, without any Penalty or
Obligation, within THREE BUSINESS DAYS (five days in Alaska) from
the above date. If you cancel, any property traded in, any payments
made by you under the Contract or sale, and any negotiable
instrument executed by you will be returned within TEN BUSINESS
DAYS following receipt by the Seller of your Cancellation Notice, and
any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the Seller at your
residence, in substantially as good condition as when received, any
goods delivered to you under this Contract or sale; or you may if you
wish, comply with the instructions of the Seller regarding the return
shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does
not pick them up within 20 days of the date of your notice of
cancellation, you may retain or dispose of the goods without any
further obligation. If you fail to make the goods available to the
Seller, or if you agree to return the goods to the Seller and fail to do
so, then you remain liable for performance of all obligations under
the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of
this cancellation notice or any other written notice, or send a
telegram, to _EMPIRE TODAY, LLC_
(Name of Seller)

AT _4300 EMPEROR BLVD, STE 400, DURHAM, NC 27703_
(Address of Seller's place of business)

NOT LATER THAN MIDNIGHT OF _10. 24. 07_
(Date)

I HEREBY CANCEL THIS TRANSACTION.

_____     _____
(Date)                    (Buyer's Signature)

REV. (5/07)

---

**NOTICE OF CANCELLATION**

DATE: _10. 20. 07_
(Date of Transaction)

You may CANCEL this transaction, without any Penalty or
Obligation, within THREE BUSINESS DAYS (five days in Alaska) from
the above date. If you cancel, any property traded in, any payments
made by you under the Contract or sale, and any negotiable
instrument executed by you will be returned within TEN BUSINESS
DAYS following receipt by the Seller of your Cancellation Notice, and
any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the Seller at your
residence, in substantially as good condition as when received, any
goods delivered to you under this Contract or sale; or you may if you
wish, comply with the instructions of the Seller regarding the return
shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does
not pick them up within 20 days of the date of your notice of
cancellation, you may retain or dispose of the goods without any
further obligation. If you fail to make the goods available to the
Seller, or if you agree to return the goods to the Seller and fail to do
so, then you remain liable for performance of all obligations under
the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of
this cancellation notice or any other written notice, or send a
telegram, to _EMPIRE TODAY, LLC_
(Name of Seller)

AT _4300 EMPEROR BLVD, STE 400, DURHAM, NC 27705_
(Address of Seller's place of business)

NOT LATER THAN MIDNIGHT OF _10. 24. 07_
(Date)

I HEREBY CANCEL THIS TRANSACTION.

_____     _____
(Date)                    (Buyer's Signature)

FORM NO. 760034

████████████

2007050831

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FOR REGISTRATION REGISTER OF DEEDS
Willie L. Covington
DURHAM COUNTY, NC
2007 NOV 12 12:50:21 PM
BK:5793 PG:506-508 FEE:$38.00

INSTRUMENT # 2007050831

A. NAME & PHONE OF CONTACT AT FILER (optional)
M. E. Wileman

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| PIERCE | DAVID | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 3503 SHADY CREEK DR | DURHAM | NC | 27713 / USA |

1d. TAX I.D.#  SSN OR EIN | ADD'TL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL I.D.#, if any | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not combine or abbreviate names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| PIERCE | NANCY | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 3503 SHADY CREEK DR | DURHAM | NC | 27713 / USA |

2d. TAX I.D.#  SSN OR EIN | ADD'TL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D.#, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| eCON CREDIT L.P. DBA NATIONWIDE ACCEPTANCE | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 817 Greenview Drive | Grand Prairie | TX | 75050 / USA |

4. This FINANCING STATEMENT covers the following collateral:

PIERCE  SJR  *03128499*

Serial #
Affixed to the real property situated at: 3503 SHADY CREEK DR DURHAM NC 27713

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL [X] ESTATE RECORDS.  Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(s) on Debtor(s) (ADDITIONAL FEE) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Account # F440500803

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 7/29/98)

**EXHIBIT D**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| PIERCE | DAVID | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME -- insert only one name (11a or 11b) -- do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| PIERCE | NANCY | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATION ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME -- insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ X fixture filing.

**14.** Description of real estate:

HOME IMPROVEMENT CARPET

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

PIERCE, DAVID

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction -- effective 30 years
☐ Filed in connection with a Public-Finance Transaction -- effective 30 years

FILING OFFICE COPY -- NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)



WILLIE L. COVINGTON
REGISTER OF DEEDS, DURHAM COUNTY
DURHAM COUNTY COURTHOUSE
200 E. MAIN STREET
DURHAM, NC 27701

# PLEASE RETAIN YELLOW TRAILER PAGE

It is part of recorded document, and must be submitted with original for re-recording and/or cancellation.

| | |
|---|---|
| **Filed For Registration:** | 11/12/2007 12:58:21 PM |
| **Book:** | RE  5793  Page: 506-508 |
| **Document No.:** | 2007050831 |
| | UCC   3 PGS   $38.00 |
| **Recorder:** | JENNIFER H SMITH |



2007050831

# RETAIL INSTALLMENT CONTRACT

| SELLER | | | BUYER |
|---|---|---|---|
| NAME **Empire Today, LLC** | DLR. NO. **F4405** | NAME **David Pierce** | |
| BUSINESS ADDRESS **4800 Emperor Blvd, Ste 400** | | NAME **Nancy Pierce** | |
| CITY **Durham** STATE **NC** ZIP **27703** | | MAILING ADDRESS **3509 Shady Creek Drive** | |
| SALESPERSON **Dewitt Propes** | | CITY **Durham** | |
| DATE OF CONTRACT **11.29.07** DATE OF DELIVERY | SELLER'S PHONE **919.612.5542** | STATE **NC** ZIP **27713- ___ ___ ___** | |

In this Contract, the words "you" and "your" mean the Seller. The words "I," "we," "my," "our," "me" and "mine" mean each and all Buyers except in the Notice to Buyers above Buyers' signatures where the word "you" means Buyer.

## THE PROPERTY

**Carpet - YF10844**
**YJ09600**

~~ORIGINAL CONTRACT~~
~~RECEIVED DATE   DEC 11 2007~~

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of my credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. | The total cost of my purchase on credit, including my downpayment of $ **0** |
| **18.00 %** | $**1671.80** | $**3193.00** | $**4864.80** | $ **4864.80** |

My payment schedule will be: **30 Days After Completion**

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| **60** | $ **81.08** | Monthly beginning |

Due dates: 1st through 20th

Late Charge: If a payment is late by 10 days or more I will be charged an amount which is 5% of the payment or $5.00, whichever is less.

Prepayment: If I pay early, I will not have to pay a penalty and I may be entitled to a refund of part of the finance charge.

SECURITY: I am giving you and your assigns a purchase money security interest in the goods I am purchasing.

I will see my contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**F44050D939**

## Itemization of the Amount Financed

Less Downpayment

| | | | |
|---|---|---|---|
| 1. Cash Price $ **3193.00** | 1. Cash $ | **0** | |
| 2. Shipping Charges $ **0** | 2. Trade-in $ | **0** | |
| 3. Sales Tax $ **0** | 3. Total Downpayment $ | **0** | |
| 4. Total Cash Price $ **3193.00** | (1+2) | | |
| (1+2+3) | AMOUNT FINANCED $ **3193.00** | | |

(Total cash price (less) total downpayment)

ASSIGNEE: Name    NATIONWIDE ACCEPTANCE
         Address  817 GREENVIEW DRIVE
                  GRAND PRAIRIE, TEXAS 75050

☑ If checked and signed below by Seller, this contract contains a "Limited Same-as-Cash" Option. If you pay the Amount Financed on or before the third due date, you will avoid all finance charge. Your must pay no less then your monthly payment when the first and second payments become due. If the Contract is not prepaid in full by the third due date, the "Limited Same-as-Cash" period is not interest free.

Seller: **Empire Today, LLC**

RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT

This Instrument is subject to a perfected first lien in favor of Capital Crossing Bank pursuant to a loan agreement between the parties.

This Contract is assignable by you. If the name and address for an Assignee is completed above, I understand that this Contract may be assigned to you. Assignee and I agree to make all payments at the address of the Assignee. I will after I receive notice this Contract has been assigned to such Assignee. I agree to make payments to this or any other designated Assignee at any address specified in any written notice that I receive telling me this Contract has been assigned.

This is the Retail Installment Contract and Security Agreement ("this Contract") under the terms shown in the Federal Truth-in-Lending Disclosures. If you have a choice between a cash price if I pay all amounts shown above or a higher Total Sale Price if I pay by installments. I choose to buy the property from you on credit. I will make the Total of Payments to you or your order at the time and in the amounts shown in the payment schedule set out in the Federal Truth-in-Lending amounts. Payments are due on the same day each month.

## NOTICE TO THE BUYER

**DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS MAY OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS. IT SHALL NOT BE LEGAL FOR THE SELLER TO ENTER YOUR PREMISES UNLAWFULLY OR COMMIT ANY BREACH OF THE PEACE TO REPOSSESS GOODS PURCHASED UNDER THIS AGREEMENT.**

I/We agree to the terms of this Retail Installment Contract, Disclosure Statement, and Security Agreement ("the Contract") which cover the Collateral described in this Contract.

The terms and conditions of this contract are subject to credit approval.

I/WE HAVE RECEIVED A COMPLETED COPY OF THIS CONTRACT AND HAVE READ ALL THE DISCLOSURE INFORMATION INCLUDING THOSE ON THE REVERSE SIDE.

I/WE ACKNOWLEDGE THE EXISTENCE OF THE ARBITRATION AGREEMENT SET FORTH ON THE REVERSE SIDE, AND I/WE SPECIFICALLY AGREE TO BE BOUND BY ITS TERMS

BUYER _____

BUYER _____

SELLER BY _____

PREPAYMENT: I may prepay this Contract in full at any time without penalty and may, under certain conditions, obtain a partial refund of the finance charge. You will do this if the refund is in excess of one dollar. If I partially prepay this Contract, any unearned amounts of the finance charge may be retained by you.

DELINQUENCY CHARGES: If I do not pay any installment in full within 10 days after the scheduled due date, I will pay you a delinquency charge, not exceeding five percent of any such installment or $5.00, whichever is less.

ACCELERATION OF PAYMENT: You may accelerate payment or performance of this Contract without prior written notice to me if: (a) I am in default on the performance of any of my obligations under this Contract or (b) you in good faith believe that the prospect of payment or performance is impaired. If you do so, you will calculate the unearned portion of the finance charge on the date you accelerate the loan exactly as if I had prepaid the loan in full on that date and you will give me necessary credits so that in no event shall the amount of finance charge contracted for, charged or collected under this Contract exceed the maximum finance charge permitted by law.

RIGHTS AFTER DEFAULT: After you accelerate the maturity of the contract or after the final scheduled maturity date, whichever occurs first, I agree to pay interest from that date calculated upon the amount legally owed by me at an annual rate of interest which is the highest rate allowed by law. In any contingency whatsoever, if you shall receive anything of value deemed interest under applicable law which would exceed the maximum amount of interest permissible under applicable law, the excessive interest shall be applied to the reduction of the unpaid amount of contract or refunded to me.

ARIZONA BUYERS: This instrument is based upon a home solicitation sale, which is subject to the provisions of Title 44, Chapter 15. This instrument is not negotiable.

NOTICE: Any holder of this consumer credit Contract is subject to all claims and defenses which the Debtor could assert against the Seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the Debtor shall not exceed amounts paid by the Debtor hereunder.

BUYERS RIGHT TO CANCEL: You, the Buyer, may cancel this transaction at any time prior to midnight of the third business day (fifth day in Alaska) after the date of this transaction. See the attached Notice of Cancellation Form for an explanation of this right.

**EXHIBIT E**

## ADDITIONAL TERMS AND CONDITIONS

**ATTORNEY FEES AND COURT COSTS:** If this contract is referred to an attorney for collection, I agree to pay the amounts actually incurred by you as court costs (not applicable to Ohio residents, or where otherwise prohibited by law) and attorney's fees (not applicable to Ohio and California residents, or where otherwise prohibited by law) assessed by a court.

**NSF CHECKS:** If you pay any sums to NA with a check which is returned to us for insufficient funds in the account upon which the check is drawn, a $15 charge will be made to your account.

**CREDIT REPORTING:** Each month information concerning your account will be furnished to major consumer credit reporting agencies. This information may include your loan amount, balance, and payment history including late payments, charge offs and bankruptcies.

**REFUND/EXCHANGE POLICY:** Except as provided herein with regard to BUYER'S RIGHT TO CANCEL, all sales are final and are not subject to refund or exchange.

**ILLINOIS RESIDENTS** may contact the Illinois Commissioner of Banks and Trust Companies for comparative information on finance charges, fees and grace periods. State of Illinois-CIP, P.O. Box 10181, Springfield, Illinois, 62791, 1-800-634-5452.

**OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**TEXAS BUYERS:** To contact Nationwide Acceptance about this account call 877-902-9621. If this contract is not assigned to Nationwide Acceptance the seller can be contacted as shown in the top left Seller section of this contract. This Contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar, Austin, Texas 78705-4207. Telephone 512-479-1285 or 800-538-1579. Contact the commissioner relative to any inquiries or complaints. Under Texas Law this contract is governed by Article 5069 - 8.03 V.T.C.S.

**WISCONSIN RESIDENTS:** Wisconsin law provides that no agreement, court order or individual statement applying to marital property will affect a creditor's interest unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order, or statement, or has actual knowledge of the adverse provision.

**CREDIT WORTHINESS:** The terms and conditions of this contract are subject to credit approval.

**CREDIT INVESTIGATION:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of your application. Buyer may request the name and address of the agency, which furnished the consumer report, if any and may receive a copy by contacting the agency. Buyer hereby authorizes Seller or its assignee to sell or otherwise furnish information concerning Buyer and his account to all others who may lawfully receive such information for their own use.

### The following ASSIGNMENT is not part of this Retail Installment Contract

## ASSIGNMENT

THIS CONTRACT IS ASSIGNED TO

NATIONWIDE ACCEPTANCE

Dated _11. 29. 07_

For value received, SELLER hereby sells, assigns, and transfers to ___ NATIONWIDE ACCEPTANCE __ NEW DRIVE _____ its successors and assigns, herein referred to as ASSIGNEE, all of SELLER'S right, title and interest in and to the foregoing RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT, hereinafter referred to as CONTRACT, and all money due and to become due thereunder, with full power to take all legal or other action in the name of the SELLER with GRANDE PRAIRIE, LA 7060U

SELLER represents and warrants to ASSIGNEE that its title to the CONTRACT is absolute; that said CONTRACT is genuine, complete and enforceable in all respects and has not been altered, and that all statements and facts contained therein are true; that the signatures thereon are genuine; that the parties to said CONTRACT have the capacity to contract; that said instrument and the transaction to which it relates were made in full compliance with all applicable federal, state and local laws or regulations; that no party to the CONTRACT has, at the date of assignment, any right to rescind under any applicable federal, state or local law; that no warranties, express or implied, have been made to BUYER as a part of or as an inducement to sign the CONTRACT, except for any written warranty attached hereto; that said CONTRACT was not obtained by and does not involve any fraud or misrepresentations; that the goods sold under said CONTRACT are truthfully described therein; that the terms of said CONTRACT constitute the entirety of the agreement with respect to such sale, there being no special or side agreements for rebate, extension of payment, or other concessions affecting said CONTRACT; that the goods were delivered in accordance with the CONTRACT and to the satisfaction of BUYER; that there is owing on the CONTRACT the Total of Payment set forth therein, and that SELLER has no knowledge of any facts impairing the validity or value of the CONTRACT; that said BUYER does not dispute his obligation to pay the unpaid balance due in accordance with the terms and provisions of said CONTRACT; and that BUYER does not assert any claim under or defense to said CONTRACT.

Upon the breach of any of said representations or warranties, SELLER agrees, upon demand, to purchase this CONTRACT for the amount owing thereon, plus all costs and expenses paid or incurred by ASSIGNEE with respect thereto, including reasonable attorney's fees and any refunds, damages or other amounts paid to BUYER, and said remedy shall be cumulative and shall not affect any other right or remedy that ASSIGNEE may have against SELLER.

_EMPIRE TODAY, LLC_
SELLER

## ARBITRATION AGREEMENT

**The parties agree as follows:**

(1) **RIGHT TO ELECT TO ARBITRATE:** Any party covered by this Agreement may elect to have any claim, dispute or controversy ("Claim") of any kind (whether in contract, tort or otherwise) arising out of or relating to your Retail Installment Contract, or any prior or future dealings between us, resolved by binding arbitration. A Claim may include, but shall not be limited to, the issue of whether any particular Claim must be submitted to arbitration, or the facts and circumstances involved with your signing of this Agreement, or your willingness to abide by the terms of this Agreement or the validity of this Agreement. Any such election may be made at any time. Both parties agree that neither party has to initiate an arbitration proceeding before exercising remedies of self-help repossession, non-judicial foreclosure, replevin or other similar remedies. The filing of a lawsuit or the pursuit of other self-help remedies does not mean that either party has waived the right to subsequently elect to submit a Claim to arbitration.

(2) **RULES:** If arbitration is elected, it will be conducted pursuant to the Commercial Arbitration Rules of the American Arbitration Association ("Rules"). If you have any questions concerning the American Arbitration Association, or if you wish to obtain a copy of their Rules and forms, you may call (800) 778-7879. Any hearing will take place in the county of your residence. The arbitrator shall be neutral and either party may require that the arbitrator be a retired federal judge. The arbitrator shall apply all applicable law and shall provide a written decision that includes findings of fact and conclusions of law. Judgment upon the award issued by the arbitrator may be entered in any court having jurisdiction.

(3) **UNITED STATES ARBITRATION ACT:** The parties agree the Retail Installment Contract involves "commerce" as defined in the United States Arbitration Act ("USAA"), Title 9, United States Code, and this Agreement shall be governed by the provisions of the USAA.

(4) **FEES & COSTS:** If you start an arbitration proceeding, you agree to pay the initial filing fee required under the Rules up to a maximum of $125. The AAA may, in the event of extreme hardship on the part of any party, defer or reduce the administrative fees. We agree to pay for any part of the filing fee and any deposit required under the Rules in excess of $125. We also agree to pay the costs of the arbitration proceeding. If we start an arbitration proceeding, we will pay the filing fee, any deposit required under the Rules, and the costs of the arbitration proceeding. Each party shall be responsible for their own attorney, witness, and expert fees and costs unless the Retail Installment Contract (or applicable law) provides otherwise.

(5) **LIMITATIONS OF RIGHTS-IF ARBITRATION IS ELECTED BY EITHER PARTY UNDER THIS AGREEMENT:** (A) YOU WILL NOT HAVE THE RIGHT TO GO TO COURT OR TO HAVE A JURY TRIAL; (B) YOU WILL NOT HAVE THE RIGHT TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE RULES; (C) YOU WILL NOT HAVE THE RIGHT TO HAVE ANY CLAIM ARBITRATED AS A CLASS ACTION UNDER THE RULES OR UNDER ANY OTHER RULES OR CIVIL PROCEDURE;(D) THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING WITH LIMITED RIGHTS OF APPEAL; (E) THIS AGREEMENT SUPERSEDES ANY PRIOR ALTERNATIVE DISPUTE RESOLUTION AND / OR ARBITRATION AGREEMENT THAT MAY EXIST BETWEEN YOU AND US; (F) IF ANY PROVISION OF THIS AGREEMENT IS HELD TO BE INVALID, THE INVALID PROVISION SHALL NOT AFFECT THE ENFORCEMENT OF ANY OTHER PROVISION OF THIS AGREEMENT.

READ THIS ARBITRATION AGREEMENT CAREFULLY. IT LIMITS CERTAIN RIGHTS, INCLUDING YOUR RIGHT TO PURSUE A CLAIM IN COURT AND YOUR RIGHT TO HAVE A JURY TRIAL.

**NOTICE OF CANCELLATION**

DATE: _11 . 29 . 07_
(Date of Transaction)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (five days in Alaska) from the above date.If you cancel, any property traded in, any payments made by you under the Contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the Seller of your Cancellation Notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to _EMPIRE TODAY, LLC_
(Name of Seller)

AT _4300 EMPEROR BLVD STE 400. DURHAM NC 27703_
(Address of Seller's place of business)

NOT LATER THAN MIDNIGHT OF _12 . 03 . 07_
(Date)

I HEREBY CANCEL THIS TRANSACTION.

_____   _____
(Date)            (Buyer's Signature)

REV. (12/82)

**NOTICE OF CANCELLATION**

DATE: _11 . 29 . 07_
(Date of Transaction)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS (five days in Alaska) from the above date.If you cancel, any property traded in, any payments made by you under the Contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the Seller of your Cancellation Notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the Seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Contract or sale; or you may if you wish, comply with the instructions of the Seller regarding the return shipment of the goods at the Seller's expense and risk.

If you do make the goods available to the Seller and the Seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the Seller, or if you agree to return the goods to the Seller and fail to do so, then you remain liable for performance of all obligations under the Contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice, or send a telegram, to _EMPIRE TODAY, LLC_
(Name of Seller)

AT _4300 EMPEROR BLVD STE 400. DURHAM, NC 27703_
(Address of Seller's place of business)

NOT LATER THAN MIDNIGHT OF _12 . 03 . 07_
(Date)

I HEREBY CANCEL THIS TRANSACTION.

_____   _____
(Date)            (Buyer's Signature)

THIS SPACE FOR USE OF FILING OFFICER

2008001583

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
M. E. Wileman

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

FOR REGISTRATION REGISTER OF DEEDS
Willie L. Covington
DURHAM COUNTY, NC
2008 JAN 14 10:12:26 AM
BK:5843 PG:665-667 FEE:$38.00

INSTRUMENT # 2008001583

1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| PIERCE | DAVID | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3503 SHADY CREEK DR | DURHAM | NC | 27713 | USA |

| 1d. TAX I.D.# SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL I.D.#, if any | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b) – do not combine or abbreviate names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| PIERCE | NANCY | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3503 SHADY CREEK DR | DURHAM | NC | 27713 | USA |

| 2d. TAX I.D.# SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL I.D.#, if any | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
ECON CREDIT L.P.

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 105 Decker Court Suite 725 | Irving | TX | 75082 | USA |

4. This FINANCING STATEMENT covers the following collateral:

PIERCE  SJR  *03128883*

Serial #
Affixed to the real property situated at: 3503 SHADY CREEK DR DURHAM NC 27713

5. ALTERNATIVE DESIGNATION (if applicable) □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

6. [X] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum (if applicable)  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional)  □ All Debtors □ Debtor 1 □ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Account # F4405-00939

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 7/29/98)

**EXHIBIT F**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| PIERCE | DAVID | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| PIERCE | | NANCY | | | | |

| 11c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATION ID #, if any | | ☐ NONE |
|---|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

HOME IMPROVEMENT CARPET

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

PIERCE, DAVID

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years
☐ Filed in connection with a Public-Finance Transaction – effective 30 years

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)



WILLIE L. COVINGTON
REGISTER OF DEEDS, DURHAM COUNTY
DURHAM COUNTY COURTHOUSE
200 E. MAIN STREET
DURHAM, NC 27701

## PLEASE RETAIN YELLOW TRAILER PAGE

It is part of recorded document, and must be submitted with original for re-recording and/or cancellation.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Filed For Registration:** | 01/14/2008 10:12:26 AM |
| **Book:** | RE  5843  Page: 665-667 |
| **Document No.:** | 2008001583 |
| | UCC  3 PGS  $38.00 |
| **Recorder:** | JENNIFER H SMITH |

 

2008001583

# ANDERSON, BURNS & VELA, L.L.P.

## ATTORNEYS AND COUNSELORS AT LAW

8111 LBJ Freeway, Suite 480 | Dallas, Texas 75251 | www.abvlaw.com

telephone: 214.276.1545 | facsimile: 214.276.1546 | toll free: 1.866.553.7015

May 9, 2011

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
Greensboro, NC 27401

      Re:    In re: David Stewart Pierce and Nancy Ahlgren Pierce (Debtors)
               (Case No. 11-80296);
               In the United States Bankruptcy Court for the Middle District of North
               Carolina (Durham)

Dear Court Clerk,

Please find enclosed Nationwide Acceptance's Objection to Confirmation of Chapter 13 Plan that needs to be filed in the above-referenced bankruptcy case. Should you have any questions regarding this filing, please feel free to contact me at: 214-276-1545 ext. 217.

Sincerely,

Hannah Flores
Legal Assistant

Enclosure