# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80296  C-13D |
| David S. Pierce | ) | |
| Nancy A. Pierce | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING OBJECTION

On June 16, 2011, a hearing was held on the Objection of Nationwide Acceptance ("Nationwide") to confirmation of the Debtors' plan. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court having sustained the Trustee's Objection to confirmation finds that the Objection by Nationwide is moot; therefore, it is

ORDERED that the Objection of Nationwide, being moot, is hereby denied.

## PARTIES IN INTEREST
## Page 1 of 1
## 11-80296 C-13D

David S. Pierce
Nancy A. Pierce
3503 Shady Creek Dr.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Chuck Owens, President/CEO
Nationwide Acceptance
105 Decker Ct., Ste. 725
Irving, TX 75026