Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−80296

IN THE MATTER OF:
David Stewart Pierce     xxx−xx−4883
Nancy Ahlgren Pierce     xxx−xx−0267
dba NAP Event Planning
3503 Shady Creek Drive
Durham, NC 27713

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom – Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 8/25/11 at 11:00 AM

to consider and act upon the following:

Objection to Claim Number 34 of First American Capital in the amount of 6,190.61. Filed by Debtor David Stewart Pierce, Joint Debtor Nancy Ahlgren Pierce.

Dated: 7/18/11                                                  OFFICE OF THE CLERK/ tls

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.