C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-11-80296 C-13D |
| David S. Pierce | ) | |
| Nancy A. Pierce | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTORS TO INCUR INDEBTEDNESS

On August 11, 2011, a hearing was held on the Motion by the Debtors for permission to borrow funds to purchase a replacement vehicle. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and no other party appeared or objected to the Debtors' Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to borrow funds for the purchase of a replacement vehicle is granted.

2. The Debtors are permitted to obtain financing from Santander Consumer USA, in an amount not to exceed $20,000.00, payable with interest at no more than 18% per annum, and principal and interest payable in monthly installments no greater than $456.16.

3. The Debtors are authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. John T. Orcutt, Esq., counsel for the Debtors, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

**PARTIES IN INTEREST**
**Page 1 of 1**
**11-80296 C-13D**

David S. Pierce
Nancy A. Pierce
3503 Shady Creek Dr.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702